UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IANA IVANCHENKO | CASE NO. 6:25-CV-1081 SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| KRISTI NOEM, ET AL | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record[1];

**IT IS ORDERED, ADJUDGED AND DECREED** that Respondent's Motion to Dismiss (doc. 11) is **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED** in chambers this 23rd day of December, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner was released from ICE custody, the subject of this habeas petition, on November 12, 2025. *See* doc. 11, p. 1. Thus, although it does not appear that she has received a copy of the magistrate judge's report and recommendation, the court anticipates no objections to the dismissal of this suit.